In the Matter of the Accounting of MARGARET N. HARTEAU et al., as Executors of and Trustees under the Will of HENRY HARTEAU, Deceased.

JOHN R. KUHN, as Executor of HARRIETTE A. H. BERRY, Appellant; MARGARET N. HARTEAU et al., as Executors and Trustees et al., Respondents.

*Matter of Harteau,* 125 App. Div. 710, appeal dismissed.
(Submitted October 4, 1909; decided October 5, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 24, 1908, which reversed a decree of the Kings County Surrogate's Court settling the accounts of the executors and trustees herein.

*John R. Kuhn* and *Michael J. Hickey* for appellant.

*George V. Brower, John K. Creevey, Robert F. Greacen, William G. Cooke, Howard O. Wood* and *James D. Bell* for respondents.

Appeal dismissed, without costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.